THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZOOMINFO TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>COLLABERA, INC.,<br><br>Defendant. | Case No. 3:20-cv-05211-RBL<br><br>**DECLARATION OF DARIN M. SANDS IN SUPPORT OF PLAINTIFF'S MOTION TO REQUEST ENTRY OF DEFAULT AGAINST DEFENDANT** |

I, Darin M. Sands, declare and state as follows:

1. I, Darin M. Sands, am a shareholder in the law firm of Lane Powell PC and am counsel of record for Plaintiff ZoomInfo Technologies LLC ("Plaintiff").

2. On March 6, 2020, Plaintiff filed a Complaint in the U.S. District Court for the Western District of Washington against Defendant Collabera, Inc. ("Defendant").

3. On March 11, 2020, service of the Complaint and Summons was personally made on Connie Hogan, the person in charge of the office of BlumbergExcelsior Corporate Services, Inc., Defendant's registered agent, at 1780 Barnes Blvd, Tumwater, Washington 98512. A true and correct copy of the Affidavit of Service is attached hereto as **Exhibit A**.

4. Defendant failed to appear in this action, failed to file an Answer or other pleading, and failed to defend itself or otherwise respond to the Complaint.

5. Defendant's deadline to answer, plead, or otherwise respond to the complaint has expired. Accordingly, Defendant is in default pursuant to Fed. R. Civ. P. 55(a).

DECLARATION OF DARIN M. SANDS - 1
Case No. 3:20-cv-05211-RBL

710004.0088/8033450.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

6. Plaintiff respectfully requests entry of default against Defendant.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2020.

        s/ Darin M. Sands
Darin M. Sands

DECLARATION OF DARIN M. SANDS - 2
Case No. 3:20-cv-05211-RBL

710004.0088/8033450.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200