# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

**ZOOMINFO TECHNOLOGIES LLC**

        Plaintiff,

vs.

**COLLABERA, INC.**

        Defendant.
_____/

Case No.: 3:20-cv-05211-RBL

**AFFIDAVIT OF SERVICE**

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on **03/11/2020** at **12:43 PM**, at the address of **1780 Barnes Blvd SW , Tumwater**, within **THURSTON** County, **WA**, the undersigned duly served 1 copy of the following document(s): **Summons and Complaint for Damages and Injunctive Relief; Exhibit A - C; Civil Cover Sheet; Corporate Disclosure Statement** in the above entitled action upon **COLLABERA, INC**, by then and there personally delivering 1 true and correct copy of the above documents into the hands of and leaving same with **Connie Hogan**, the person apparently in charge of the office of **BlumbergExcelsior Corporate Services, Inc.**. who is the **Registered Agent** thereof.

SUBSCRIBED AND SWORN BEFORE ME
this 13 day of March, 2020
by Carolyn Heater.

_____
Notary Public

X _____
Carolyn Heater
Registered Process Server
License #: 12-0621-21
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*349868*

### CourtAlert Case Management

| | |
|---|---|
| **From:** | ECF@wawd.uscourts.gov |
| **Sent:** | Thursday, April 2, 2020 6:55:58 PM |
| **To:** | ECF@wawd.uscourts.gov |
| **Subject:** | Activity in Case 3:20-cv-05211-RBL ZoomInfo Technologies LLC v. Collabera Inc Affidavit of Service of Summons and Complaint |

**CAUTION:** This is an external email. Do **NOT** click links or open attachments unless you are certain the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered by Sands, Darin on 4/2/2020 at 11:54 AM PDT and filed on 4/2/2020

| | |
|---|---|
| **Case Name:** | ZoomInfo Technologies LLC v. Collabera Inc |
| **Case Number:** | [3:20-cv-05211-RBL](#) |
| **Filer:** | ZoomInfo Technologies LLC |
| **Document Number:** | [6](#) |

**Docket Text:**
**AFFIDAVIT of Service of Summons and Complaint on Registered Agent, BlumbergExcelsior Corporate Services, Inc. on 3/11/2020, filed by Plaintiff ZoomInfo Technologies LLC. (Sands, Darin)**

3:20-cv-05211-RBL Notice has been electronically mailed to:

Darin M Sands     sandsd@lanepowell.com, docketing-pdx@lanepowell.com, hummella@lanepowell.com, nortonj@lanepowell.com

3:20-cv-05211-RBL Notice will not be electronically mailed to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=4/2/2020] [FileNumber=7998634-0]
[4116dc606ea8b5ff22449036a35d77b36044e97778e8ef4f1596437308debb5cc7db
4c5b81d35a5c8379124db1eb2bde08dc833c197791cb72ac95590a61d1b8]]