The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZOOMINFO TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>COLLABERA, INC., a New Jersey corporation,<br><br>　　　　　Defendant. | Case No. 3:20-cv-05211-RBL<br><br>**NOTICE OF APPEARANCE** |

TO:　　　CLERK OF THE COURT;

AND TO:　　DARIN M. SANDS, LANE POWELL PC, Attorney for Plaintiff;

　　　Please take notice that Jillian Barron and Darren A. Feider of Sebris Busto James hereby enter their appearance as counsel of record for Defendant Collabera, Inc., without waiving any defenses, and request that all future papers or pleadings in this cause, except service of process, be served upon them at the address below.

///

///

NOTICE OF APPEARANCE – 1
No. 3:20-cv-05211-RBL

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005

1   DATED this 24th day of April, 2020.

SEBRIS BUSTO JAMES

*s/ Jillian Barron*
*s/ Darren A. Feider*

Jillian Barron, WSBA #17964
Darren A. Feider, WSBA #22430
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
(425) 454-4233
jbarron@sebrisbusto.com
dfeider@sebrisbusto.com

Attorneys for Defendant Collabera, Inc.

NOTICE OF APPEARANCE – 2
No. 3:20-cv-05211-RBL

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005