THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ZOOMINFO TECHNOLOGIES LLC, a Delaware limited liability company,

Plaintiff,

v.

COLLABERA, INC., a New Jersey corporation,

Defendant.

Case No. 3:20-cv-05211-RBL

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ZoomInfo Technologies LLC hereby dismisses, with prejudice and without costs and fees to any party, the above-captioned action against Collabera, Inc.

DATED: May 21, 2020

LANE POWELL PC

By  s/ Darin M. Sands
Darin M. Sands, WSBA No. 35865
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200
Email: sandsd@lanepowell.com
Attorneys for ZoomInfo Technologies LLC

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 1
Case No. 3:20-cv-05211-RBL

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

710004.0088/8066123.1